**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Eugene A. Gardner III, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000881

---

**ON WRIT OF CERTIORARI**

---

Appeal from Darlington County
G. Thomas Cooper Jr., Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-024
Submitted January 15, 2019 – Filed May 8, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan M. Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Assistant Attorney General Johnny Ellis James Jr., all of Columbia, for Petitioner.

Appellate Defender David Alexander, of Columbia, for Respondent.

---

**PER CURIAM:** We granted the State's petition for a writ of certiorari to review the post-conviction relief court's order granting relief. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**